| | | | |
|---|---|---|---|
| State v. Rarangol | CAAP–10–00 00192 | 09/27/2011 | Vacated and Remanded |
| State v. Nao | 29990 | 09/30/2011 | Affirmed |
| Boyd v. University of Hawai'i | 30547 | 02/13/2012 | Affirmed, Vacated and Remanded |
| Island Helicopters-Kauai, Inc. v. Tesoro Hawaii Corp. | 30736 | 02/13/2012 | Affirmed |
| Grinpas v. KAPAA 382, LLC | 30139 | 02/15/2012 | Vacated and Remanded |
| State v. Anthony | 29998 | 02/17/2012 | Affirmed |
| Association of Apartment Owners of Lihue Townhouse v. McGrath Properties I, LLC | 30274 | 02/17/2012 | Vacated and Remanded |
| Hiwalani PS Holdings, LLC v. Wells Fargo Bank, N.A. | CAAP–10–00 00148 | 02/23/2012 | Vacated and Remanded |
| State v. Mason | 29680 | 02/24/2012 | Affirmed |
| Brinkwood Land Equities, Ltd. v. Hilo Brokers, Ltd. | 30466 | 03/14/2012 | Affirmed |
| State v. Rodrigues | 30692 | 03/19/2012 | Vacated and Remanded |
| Yuen v. Board of Appeals of County of Hawai'i | 29192 | 03/19/2012 | Affirmed |
| State v. Metcalfe | 30518 | 03/30/2012 | Affirmed |
| Brown v. State | CAAP–10–00 00117 | 04/12/2012 | Vacated and Remanded |
| Hawaiian Ass'n of Seventh-Day Adventists v. Wong | 28592 | 04/16/2012 | Vacated in part and Affirmed in part |
| Perry v. Board of Trustees of Employees Retirement System | CAAP–11–00 00052 | 04/20/2012 | Affirmed |
| Kuleana Ku'ikahi, LLC v. State, Land Use Com'n | 29250 | 04/27/2012 | Affirmed |
| Griffin ex rel. Griffin v. Davenport | CAAP–10–00 00242 | 04/05/2012 | Remanded |
| Brown v. Marquez | 30652 | 06/15/2012 | Affirmed |
| Janto v. Roman Catholic Church in State of Hawai'i | 29255 | 06/27/2012 | Affirmed |
| Tabuyo v. Reish | 30584 | 06/28/2012 | Dismissed |
| Gilding v. State | CAAP–11–00 00325 | 06/29/2012 | Remanded and Affirmed |
| Rafol v. Mateo | CAAP–11–00 00336 | 06/29/2012 | Affirmed |
| Wilson v. State, Dept. of Health | CAAP–11–00 00612 | 11/29/2012 | Vacated and Remanded |